**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN**

---

*In re:*      **V&L Tool, LLC,**                    **Case No. 16-24208-svk**

                          **Debtor**                              **Chapter 11**

---

### CHAPTER 11 FINAL REPORT AND NOTICE AND MOTION FOR FINAL DECREE

---

The Debtor, by its/his/her attorneys, files this final report of payments made pursuant to the Chapter 11 plan confirmed by this Court on February 20, 2018, and requests entry of an Order and Final Decree closing this case:

1. __**10%**_____        Percent dividend payable to general class of unsecured creditors under the Chapter 11 plan.

2. _____        Check if future payments to unsecured creditors are contemplated under the Chapter 11 plan, but percentage dividend is not determinable.

3. _____        (Individual Debtors Only) Debtor has completed all payments under the plan or the Court has granted a discharge after motion and notice as specified in 11 U.S.C. § 1141(d)(5).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for a Final Decree closing this case, or if you want the Court to consider your views on the Motion, then no later than **14 days from the date of service of this notice**, you or your attorney must:

File with the Court a written objection at:

Clerk, United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI  53202-4581

Drafted by:
Jonathan D. Golding
The Golding Law Offices P.C.
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892 Fax:  (312) 755-5720
Email: jgolding@goldinglaw.net

1

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy to:

| | |
|---|---|
| Office of the U.S. Trustee | The Golding Law Offices P.C. |
| 517 E. Wisconsin Ave., Rm 430 | 500 N. Dearborn Street, 2nd Floor |
| Milwaukee, WI  53202 | Chicago, IL 60654 |

If you file an objection, the Court will set a hearing. You will be notified of the hearing, and you or your attorney must appear at it. If you or your attorney do not take these steps, the Court may enter a Final Decree and order closing this case without further notice or hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order and Final Decree closing this case.

Date: June 8, 2018          THE GOLDING LAW OFFICES P.C.


By: Jonathan D. Golding_____
Attorney for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

*In re:*     **V&L Tool, LLC,**        **Case No. 16-24208-svk**

               **Debtor**           **Chapter 11**

### CERTIFICATE OF SERVICE

STATE OF ILLINOIS      )
                              )    SS:
COUNTY OF COOK      )

The undersigned hereby certifies that he caused a copy of the CHAPTER 11 FINAL REPORT AND NOTICE AND MOTION FOR FINAL DECREE to be filed with the Clerk of the U. S. Bankruptcy Court, Eastern District of Wisconsin, using the CM/ECF filing system on the 8th day of June, 2018, by electronic notification to registered parties and the U.S. Trustee, and by deposit with US Mail 1st Class prepaid and via ECF to the following service list pursuant to the Order Establishing Service List entered by this Court on October 6, 2016 [Doc. #152].

ACCURATE MFG SERVICES INC.
1104 E 17th St
Rock Falls, IL 61071

AD-TECH INDUSTRIES, INC.
110 S Votech Dr
Watertown, WI 53094

AUXIANT
5940 Seminole Ct
Madison, WI 53711

B D I IND'L BEARING, INC
2185 Watertown Rd
Waukesha, WI 53186

COMPETITIVE CARBIDE INC.
9332 Pinecone Dr
Mentor, OH 44060

COPPER & BRASS SALES, INC
415 State Parkway
Schaumburg, IL 60173

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

MACHINE TOOL SERVICE, INC
824 Philip Dr
Waukesha, WI 53186

MACHINERY & FACTORY EQUIP
1021 Sixth St
Racine, WI 53401

Machinery & Factory Ind. Sup., Inc.
Christopher J. Conrad
Demark, Kolbe & Brodek,S.C.
7418 Washington Avenue
Racine, WI 53406

MACHINERY TOOLING & SPLY
3280 Gateway Dr
Brookfield, WI 53045

Case 16-24208-svk    Doc 307    Filed 06/08/18    Page 3 of 4

MERBETH METAL PROD. INC.
W229 N5087 Duplainville
Pewaukee, WI 53072

MERCER FORGE CO, CORP.
200 Brown St
Mercer, PA 16137

MERWIN-STOLTZ
A DGI SUPPLY CO
N52 W13325 Falls Creek Rd
Menomonee Falls, WI 53051

MIDWEST TUNGSTEN SER. INC
540 Executive Dr
Willowbrook, IL 60527

NORTH AMERICAN HOGANAS
101 Bridge St
Johnstown, PA 15902

ROSE & DEJONG, S.C.
161 S 1st St # 400
Milwaukee, WI 53204

W/S MACHINE AND TOOL
2525 S 162nd St
New Berlin, WI 53151

WAUKESHA MACHINE & TOOL INC
1200 Nike Dr
Waukesha, WI 53186

VIA ECF:

Wells Fargo Vendor Fin. Services, LLC
c/o Joseph E. Fenzel
jfenzel@fenzellaw.com

Bank of the West
c/o Jeffrey W. Guettinger
Richie, Guettinger & Manydeeds, S.C.
jwg@rgmlawec.com

Waukesha State Bank
c/o Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
djh@cmhlaw.com

Health Payment Systems, Inc.
c/o Russell S. Long, Esq.
Davis & Kuelthau, s.c.
rlong@dkattorneys.com

Gerald Schaefer
c/o L. Katie Mason, Esq.
Reinhart Boerner Van Deuren s.c.
kmason@reinhartlaw.com

Siemens Financial Services, Inc.
c/o L. Katie Mason, Esq.
Reinhart Boerner Van Deuren s.c.
kmason@reinhartlaw.com

GE Healthcare
c/o Quarles & Brady LLP
Brittany S. Ogden
brittany.ogden@quarles.com

MAS Real Estate, LLC
Shawn G. Rice
Rice Business Law
srice@ricelawyer.com

Wells Fargo Equipment Finance, Inc.
c/o Godfrey & Kahn, S.C.
Erin A. West
ewest@gklaw.com

Morris Midwest, LLC
c/o Michael T. Schoendorf
Walden & Schuster, SC
mschoendorf@waldenlaw.net


/s/Jonathan D. Golding