IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
V&L Tool, LLC,
    Debtor.

Chapter 11
Case No. 16-24208-svk

## ORDER AND FINAL DECREE CLOSING CASE

On June 8, 2018, the Debtor filed a final report and motion for a final decree. The Debtor gave due notice and the opportunity to request a hearing to parties in interest. No objections or requests for hearing were filed. The Court finds that the plan has been substantially consummated as defined by 11 U.S.C. § 1101(2), and the bankruptcy estate has been fully administered.

IT IS THEREFORE ORDERED: the final report is accepted, and this case is closed.

#####